UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 09−81412
Chapter 13

Misty Faye Spano

    Debtor

A *Petition for Relief under Chapter 13 of Title 11, U.S. Code*, filed by or against the above named Debtor on September 1, 2009.

## ORDER CONFIRMING PLAN

The debtor's plan was filed on October 13, 2009. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

  Done this 30th day of December, 2009.

                            /s/ William R. Sawyer
                            United States Bankruptcy Judge